AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED by _____ D.C.
JUN 10 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| HENRY ALBERT SCHALLER II, | ) Case No. 13-8299-JMH |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Nov. 18, 2008, April 5, 2011, April 13, 2013  in the county of  Palm Beach County  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | knowingly made a materially false statement, in violation of Title 18, United States Code, Section 1001(a)(1). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Vivian Vega Zacherl, DOT OIG Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/10/2013

_____
Judge's signature

City and state: West Palm Beach, Florida    Hon. James M. Hopkins, US Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Vivian Vega Zacherl, a Special Agent for the United States Department of Transportation, Office of Inspector General, being duly sworn, depose, and state that:

1. I am a Special Agent for the United States Department of Transportation, Office of Inspector General, and have been so employed in this capacity for approximately 10 years. I am currently assigned to investigate matters within the jurisdiction of the Department of Transportation ("DOT") and the Federal Aviation Administration ("FAA"), including violations of false statements or declarations on medical applications for airman's certificates. As such, I am an investigative and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1).

2. Your Affiant has been a Law Enforcement Officer since 1992, when I graduated from the Basic Criminal Investigation Training Course at the Federal Law Enforcement Training Center in 1992, and the Internal Revenue Service Special Agent Basic Training Course in 1993. I served as a Law Enforcement Special Agent with the Internal Revenue Service, Criminal Investigation Division until 1998. I then worked as non-law enforcement Financial Analyst for the U.S. Department of Justice until the year 2000. In 2000, I was hired and reinstated as a Special Agent for the United States Department of Transportation, Office of Inspector General ("USDOT/OIG"), until 2005, at which time I took a break from public service. In 2007, I was reinstated and rehired as a Special Agent with USDOT/OIG until now, where I currently serve in that capacity at the USDOT/OIG Region 4 office, located in Sunrise, Florida.

3. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and agents. This affidavit is submitted for the limited purpose of establishing probable cause for the

issuance of a criminal complaint against defendant Henry Albert SCHALLER II for knowingly making a materially false statement in violation of Title 18, United States Code, Section 1001(a)(2). Accordingly, this affidavit does not contain all of the facts known to me concerning this investigation.

4.  On or about April 2, 2013, the Security and Hazardous Materials Office ("SHMO") of the FAA made a referral to USDOT/OIG that SCHALLER falsified airman medical applications in order to obtain Medical Certifications to pilot an aircraft by failing to disclose a federal felony conviction from 2003 in the applications.

5.  Title 14 Code of Federal Regulations, which deals with the certification of pilots, flight instructors, and ground instructors, Part 61.3(c) Medical certificate states (1) A person may serve as a required pilot flight crew member of an aircraft only if that person holds the appropriate medical certificate issued under part 67 of this chapter, or other documentation acceptable to the FAA, that is in that person's physical possession or readily accessible in the aircraft.

6.  A records check revealed that SCHALLER had been convicted of a federal offense in Case Number 03-60068-CR-ZLOCH, on April 24, 2003, for knowingly making and causing to be made and delivered to U.S. Customs Service a General Declaration, knowing it to be false, and illegally importing, transporting, frozen rock lobsters. SCHALLER was sentenced to three years probation.

7.  The investigation into SCHALLER revealed that on or about November 18, 2008, SCHALLER handwrote and filled out, submitted, and filed an airman medical application, otherwise known as FAA Form 8500-8, through the offices of Doctor Robert C. Greer IV, examiner designation number 17262-1, whose office is located at 624 U.S. Highway #1, Lake Park, Florida 33403, with the FAA Medical Examiner's Office. In that application, SCHALLER failed to respond yes to question number 18(w), which asked if the applicant had a "history of nontraffic

conviction(s) (misdemeanors or felonies)", by marking the answer "no."

8. Further investigation revealed that on or about April 5, 2011, SCHALLER handwrote and filled out, submitted, and filed an airman medical application, otherwise known as FAA Form 8500-8, through the offices of Doctor Robert C. Greer IV, examiner designation number 17262-1, whose office is located at 624 U.S. Highway #1, Lake Park, Florida 33403, with the FAA Medical Examiner's Office, and failed to respond yes to question number 18(w), which asked if the applicant had a "history of nontraffic conviction(s) (misdemeanors or felonies)", by marking the answer "no."

9. Further investigation revealed that on or about April 13, 2012, SCHALLER handwrote and filled out, submitted, and filed an airman medical application, otherwise known as FAA Form 8500-8, through the offices of Doctor Robert C. Greer IV, examiner designation number 17262-1, whose office is located at 624 U.S. Highway #1, Lake Park, Florida 33403, with the FAA Medical Examiner's Office, and failed to respond yes to question number 18(w), which asked if the applicant had a "history of nontraffic conviction(s) (misdemeanors or felonies)", by marking the answer "no."

10. According to a Medical Officer with the Aviation Medical Administration ("AMA"), a false statement on question 18(w) of the airman medical application, indicates possible mental distress and psychological problems that could be present and cause an inability for the person making such statements to follow authority while flying an aircraft.

11. Based on the foregoing facts, I submit that there is probable cause to believe that SCHALLER knowingly made a materially false statement in violation of 18 U.S.C. § 1001(a)(2).

FURTHER AFFIANT SAYETH NAUGHT

Special Agent Vivian Vega Zacherl
Office of Inspector General
U.S. Department of Transportation

Subscribed and sworn before me
This 10th day of June, 2013.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8299-JMH

UNITED STATES OF AMERICA

vs.

HENRY ALBERT SCHALLER II,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_\_ Yes  \_\_X\_\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_\_ Yes  \_\_X\_\_ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: *Susan Osb for*
        Kurt K. Lunkenheimer
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No./Court No. A5501535
        99 N. E. 4th Street
        Miami, Florida    33132-2111
        TEL (305) 961-9008
        FAX (305) 530-7976